B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _Nagy Service Co. Inc._
_____
Debtor

Case No. __10-14758__

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _October_

Line of Business: _Plumbing Contractor_

Date filed: __11.19 20__ ____ __

NAISC Code: ____ ____ ____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____  Pres.
Original Signature of Responsible Party

_Chris Nagy_
Printed Name of Responsible Party

**Questionnaire:** _(All questions to be answered on behalf of the debtor.)_

| | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☑ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

American LegalNet, Inc.
www.FormsWorkflow.com

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?                                  ☐    ☑

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?                                    ☐    ☑

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?                                             ☐    ☑

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?                                  ☐    ☑

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?                               ☐    ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX                               ☐    ☑
OBLIGATIONS?

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME   $ 13,590.29

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month                                  $ 7954.44

Cash on Hand at End of Month                                    $ 6811.35

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL   $ 6811.35

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $ 12,042.74

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*                    $ 13,590.29

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*                  $ 12,042.74

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH   $ 1547.55

American LegalNet, Inc.
www.FormsWorkflow.com

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ 1032.10

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ 1778.95

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                          2

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?            2

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                  $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                             $ 1300.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                        $ 135.24

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                      $ 787.48

American LegalNet, Inc.
www.FormsWorkflow.com

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 16,000 | $ 13,590.29 | $ -2409.71 |
| EXPENSES | $ 14,000 | $ 12,042.74 | $ -1957.26 |
| CASH PROFIT | $ 2,000 | $ 1547.55 | $ -452.45 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:              $ 13,000

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:           $ 12,000

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:        $ 1,000

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

American LegalNet, Inc.
www.FormsWorkflow.com

12:02 PM
11/19/10
Accrual Basis

# NAGY SERVICE COMPANY, INC.
## Profit & Loss
### October 2010

|  | Oct 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **3100 SALES** | |
| 3100-01 DRAIN CLEANING | 1,213.29 |
| 3100-03 PLUMBING | 12,148.60 |
| 3100 SALES - Other | 228.40 |
| **Total 3100 SALES** | 13,590.29 |
| **Total Income** | 13,590.29 |
| **Cost of Goods Sold** | |
| 4100 MATERIAL PURCHASES | 2,396.22 |
| **Total COGS** | 2,396.22 |
| **Gross Profit** | 11,194.07 |
| **Expense** | |
| 6012 GAS & OIL | 251.38 |
| 6040 CREDIT CARD FEES | 98.89 |
| 6300 HOSPITALIZATION | 1,588.48 |
| 6310 INSURANCE | 235.23 |
| 6350 INTEREST EXP | 39.00 |
| 6390 PROFESSIONAL FEES | 135.24 |
| 6430 UTILITIES | 402.00 |
| 6714 OFFICE SALARIES | 2,210.00 |
| 6715 OFFICERS SALARIES | 4,000.00 |
| 6750 WAGE TAX EXPENSE | 436.32 |
| 6790 COMMUNICATIONS | 251.98 |
| **Total Expense** | 9,646.52 |
| **Net Ordinary Income** | 1,547.55 |
| **Net Income** | 1,547.55 |

Page 1

**12:01 PM**

**11/19/10**

**Accrual Basis**

# NAGY SERVICE COMPANY, INC.
## Balance Sheet
### As of October 31, 2010

|  | Oct 31, 10 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1010 · CASH IN HUNTINGTON | -20.19 |
| 1010 · CHECKING 7206 | 6,588.86 |
| **Total Checking/Savings** | 6,568.67 |
| **Accounts Receivable** | |
| 1110 · ACCOUNTS RECEIVABLE | 2,316.22 |
| **Total Accounts Receivable** | 2,316.22 |
| **Other Current Assets** | |
| 1125 · NOTE REC TOTAL PLUMBING | 22,472.31 |
| UNDEPOSITED FUNDS | 403.34 |
| **Total Other Current Assets** | 22,875.65 |
| **Total Current Assets** | 31,760.54 |
| **Fixed Assets** | |
| **EQUIPMENT** | |
| Depreciation | -34,964.94 |
| Original Cost | 34,964.94 |
| **Total EQUIPMENT** | 0.00 |
| **LEASEHOLD IMPROVEMENTS** | |
| Depreciation | -15,135.00 |
| Original Cost | 39,260.93 |
| LEASEHOLD IMPROVEMENTS - Other | -24,126.00 |
| **Total LEASEHOLD IMPROVEMENTS** | -0.07 |
| **OFFICE EQUIPMENT** | |
| Depreciation | -10,380.62 |
| Original Cost | 10,380.62 |
| **Total OFFICE EQUIPMENT** | 0.00 |
| **OFFICE COMPUTER** | |
| Depreciation | -21,290.17 |
| Original Cost | 21,290.17 |
| **Total OFFICE COMPUTER** | 0.00 |
| **OFFICE FURNITURE** | |
| Depreciation | -7,851.42 |
| Original Cost | 7,851.42 |
| **Total OFFICE FURNITURE** | 0.00 |
| **SNOW PLOW** | |
| Depreciation | -3,304.69 |
| Original cost | 3,304.69 |
| **Total SNOW PLOW** | 0.00 |
| **VEHICLES** | |
| Depreciation | -19,950.00 |
| Original Cost | 19,949.00 |
| **Total VEHICLES** | -1.00 |
| **Total Fixed Assets** | -1.07 |
| **Other Assets** | |
| 1910 · DEPOSITS | 1,744.31 |
| **Total Other Assets** | 1,744.31 |
| **TOTAL ASSETS** | 33,503.78 |

**Page 1**

12:01 PM

11/19/10

Accrual Basis

# NAGY SERVICE COMPANY, INC.
## Balance Sheet
### As of October 31, 2010

|  | Oct 31, 10 |
|---|---|
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| *2110  ACCOUNTS PAYABLE | 11,510.07 |
| **Total Accounts Payable** | 11,510.07 |
| | |
| **Credit Cards** | |
| **2305  CREDIT CARD PURCHASE** | |
| 2305-01  Advanta Business Card | 27,102.07 |
| 2305-05 WELLS FARGO | 58,894.51 |
| 2305-06 ACTIVE PLUMBING NOTE | 37,310.73 |
| **Total 2305  CREDIT CARD PURCHASE** | 123,307.31 |
| | |
| **Total Credit Cards** | 123,307.31 |
| | |
| **Other Current Liabilities** | |
| 2120  ACCRUED SIMPLE PLAN | 300.00 |
| **2140  PAYROLL TAXES** | |
| 2140-01  FICA | 2,411.46 |
| 2140-02  FEDERAL WITHHOLDING | 793.87 |
| 2140-03  OHIO SUI | 2,458.03 |
| 2140-04  FUTA | 107.31 |
| 2140-05  CITY | 19.28 |
| 2140-06  WORKERS' COMP | 690.79 |
| 2140-07  STATE TAX | 658.17 |
| 2140-08  MEDICARE | 563.99 |
| **Total 2140  PAYROLL TAXES** | 7,702.90 |
| | |
| 2300  HUNTINGTON LINE OF CREDIT | 99,347.37 |
| 2498 SHAREHOLDER LOAN D & V | 59,506.84 |
| **Total Other Current Liabilities** | 166,857.11 |
| | |
| **Total Current Liabilities** | 301,674.49 |
| | |
| **Total Liabilities** | 301,674.49 |
| | |
| **Equity** | |
| 2820 CAPITAL STOCK | 100,500.00 |
| 2870  RETAINED EARNINGS | -232,296.88 |
| OPENING BAL EQUITY | 26,171.38 |
| PRIOR PERIOD ADJUSTMENTS | -149,874.85 |
| Net Income | -12,670.36 |
| **Total Equity** | -268,170.71 |
| | |
| **TOTAL LIABILITIES & EQUITY** | 33,503.78 |

Page 2

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



NAGY SERVICE COMPANY INC
DEBTOR IN POSSESSION 10-14758
7757 AUBURN RD STE 19
CONCORD TWP OH 44077-9604

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
  businessresources

## *Huntington Free Business Checking Account*          *Account: 01662157206*

| **Statement Activity From:** 10/01/10 to 10/31/10 | | **Beginning Balance** | **$7,954.44** |
|---|---|---|---|
| | | **Credits (+)** | 12,814.24 |
| | | Regular Deposits | 7,191.93 |
| Days in Statement Period | 31 | Electronic Deposits | 5,602.31 |
| | | Other Credits | 20.00 |
| Average Ledger Balance* | 8,831.07 | **Debits (−)** | 13,957.33 |
| Average Collected Balance* | 6,119.20 | Regular Checks Paid | 4,953.02 |
| * The above balances correspond to the | | Electronic Withdrawals | 8,292.22 |
| service charge cycle for this account. | | Service Charges | 20.00 |
| | | Other Debits | 692.09 |
| | | **Ending Balance** | **$6,811.35** |

## *Deposits (+)*                                    *Account: 01662157206*

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 10/15 | 6,658.64 | | Brch/ATM | 10/22 | 533.29 | | Brch/ATM |

## *Other Credits (+)*                               *Account: 01662157206*

| Date | Amount | Description |
|---|---|---|
| 10/08 | 1,733.50 | BANKCARD BTOT DEP  101007 524771000293609 |
| 10/12 | 228.40 | BANKCARD BTOT DEP  101010 524771000293609 |
| 10/13 | 997.76 | BANKCARD BTOT DEP  101012 524771000293609 |
| 10/19 | 20.00 | ANALYSIS SERVICE CHARGE FEE REFUND |
| 10/20 | 574.90 | BANKCARD BTOT DEP  101019 524771000293609 |
| 10/21 | 678.75 | BANKCARD BTOT DEP  101020 524771000293609 |
| 10/26 | 800.00 | BANKCARD BTOT DEP  101022 524771000293609 |
| 10/27 | 389.00 | BANKCARD BTOT DEP  101026 524771000293609 |

## *Checks (−)*                                      *Account: 01662157206*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 10/05 | 857.37 | 1026 | 10/21 | 2,133.84 | 1029 |
| 10/04 | 241.08 | 1027 | 10/26 | 1,500.00 | 1030 |
| 10/12 | 220.73 | 1028 | | | |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ■® ● and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated.  ©2010 Huntington Bancshares Incorporated.

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)                                              *Account: 0166215720*6

| Date | Amount | Description |
|------|--------|-------------|
| 10/01 | 567.95 | IRS USATAXPYMT 100110 220087400492993 |
| 10/01 | 560.15 | IRS USATAXPYMT 100110 220067400300361 |
| 10/01 | 293.42 | ATT Payment 093010 4822540010NL1P |
| 10/01 | 123.41 | OHIO MUTUAL INS INS PREM 100928 BP 0009711 |
| 10/01 | 78.91 | OHIO MUTUAL INS INS PREM 100928 CPP0009161 |
| 10/01 | 32.91 | OHIO MUTUAL INS INS PREM 100928 CX 0000897 |
| 10/04 | 251.98 | VZ WIRELESS VN E CHECK 101003 9327297 |
| 10/04 | 138.42 | 8011OHIO-TAXOEWH OH WH TAX OBG 000000018031305 |
| 10/04 | 49.17 | BANKCARD MTOT DISC 100930 524771000293609 |
| 10/06 | 61.89 | CHECK CARD SHELL OIL 57424318004 BEACHWOOD OH 4311831660231584 |
| 10/07 | 2,324.21 | PAYCHEX INC. PAYROLL 37267000002856X |
| 10/07 | 119.07 | CHECK CARD THE HOME DEPOT 3642 HIGHLAND HGHS OH 4311831660231584 |
| 10/08 | 61.05 | PAYCHEX EIB INVOICE 101008 X37269000002982 |
| 10/08 | 60.68 | CHECK CARD SPEEDWAY 03685 774 MENTOR OH 4311831660231584 |
| 10/08 | 28.43 | BANKCARD DISCOUNT 101007 524771000293609 |
| 10/08 | 2.70 | CHECK CARD THE HOME DEPOT 3852 EUCLID OH 4311831660231584 |
| 10/12 | 78.65 | CHECK CARD THE HOME DEPOT 3642 HIGHLAND HGHS OH 4311831660231584 |
| 10/12 | 3.63 | BANKCARD DISCOUNT 101010 524771000293609 |
| 10/13 | 61.49 | CHECK CARD CLARIDON BP EAST CLARIDON OH 4311831660231584 |
| 10/13 | 16.36 | BANKCARD DISCOUNT 101012 524771000293609 |
| 10/15 | 20.00 | PRIOR MONTH'S SERVICE CHARGES |
| 10/18 | 8.12 | CHECK CARD THE HOME DEPOT #8981 CHARDON OH 4311831660231584 |
| 10/19 | 139.65 | 8011OHIO-TAXOEWH OH WH TAX OBG 000000018032694 |
| 10/19 | 67.42 | CHECK CARD HARTSGROVE BP ROME OH 4311831660231584 |
| 10/20 | 560.15 | IRS USATAXPYMT 102010 220069300883662 |
| 10/20 | 9.42 | BANKCARD DISCOUNT 101019 524771000293609 |
| 10/20 | 6.81 | CHECK CARD LOWES #01621* MENTOR OH 4311831660231584 |
| 10/21 | 2,476.01 | PAYCHEX INC. PAYROLL 37420700011986X |
| 10/21 | 14.41 | BANKCARD DISCOUNT 101020 524771000293609 |
| 10/22 | 74.19 | PAYCHEX EIB INVOICE 101022 X37425900001269 |
| 10/22 | 26.96 | CHECK CARD WALKER TRUE VALUE HDWE WILLOWICK OH 4311831660231584 |
| 10/25 | 381.81 | CEI/TOLEDO EDISN FE ECHECK 110067887783 |
| 10/25 | 13.12 | BANKCARD DISCOUNT 101022 524771000293609 |
| 10/26 | 137.92 | CHECK CARD WOODHILL SUPPLY INC WILLOUGHBY OH 4311831660231584 |
| 10/26 | 87.03 | OHIO BWC DEBITS C1603940-0 |
| 10/27 | 60.48 | CHECK CARD SUNOCO 0642770200 CONCORD OH 4311831660231584 |
| 10/27 | 6.38 | BANKCARD DISCOUNT 101026 524771000293609 |



## *Balance Activity*                                    *Account: 01662157206*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09/30 | 7,954.44 | 10/08 | 3,835.19 | 10/20 | 11,122.46 |
| 10/01 | 6,297.69 | 10/12 | 3,760.58 | 10/21 | 7,376.95 |
| 10/04 | 5,616.99 | 10/13 | 4,680.49 | 10/22 | 7,809.09 |
| 10/05 | 4,759.62 | 10/15 | 11,319.13 | 10/25 | 8,214.16 |
| 10/06 | 4,697.73 | 10/18 | 11,311.01 | 10/26 | 6,489.21 |
| 10/07 | 2,264.45 | 10/19 | 11,123.94 | 10/27 | 8,811.35 |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



Exhibit D



# INVOICE/STATEMENT

INVOICE NUMBER: 23205357
ACCOUNT NAME:   NAGY SERVICE CO INC

PAGE 1 OF 1

| ACCOUNT NUMBER | CREDIT LIMIT | DAYS THIS PERIOD | BILL CLOSING DATE | PAYMENT DUE DATE | AMOUNT DUE |
|---|---|---|---|---|---|
| 0436-00-448336-8 | 7,807.00 | 31 | 06-15-2010 | 07-09-2010 | 1,032.10 |

| DATE | ACTIVITY DESCRIPTION | CHARGES/DEBITS | PAYMENTS/CREDITS |
|---|---|---|---|
| 06-15-2010 | RETAIL FUEL PURCHASES | 455.53 | |
| 06-15-2010 | MONTHLY CARD CHG | 8.00 | |
| | BALANCE INCLUDES PAST DUE AMOUNT IF PAYMENT HAS BEEN MADE, PLEASE DISREGARD THIS NOTICE. PAST DUE ACCOUNTS ARE SUBJECT TO SERVICE INTERRUPTION | | |

PURCHASES, RETURNS AND PAYMENTS MADE JUST PRIOR TO BILLING DATE MAY NOT APPEAR UNTIL THE NEXT INVOICE/STATEMENT

| PREVIOUS BALANCE | (-)PAYMENTS | (+)PURCHASES | (+)DEBITS | (-)CREDITS | (+)LATE FEE | (=)NEW BALANCE |
|---|---|---|---|---|---|---|
| 538.58 | 0.00 | 455.53 | 8.00 | 0.00 | 19.99 | 1,032.10 |

$10.00 MINIMUM LATE FEE
PAY ONLINE AT:www.wexonline.com
CALL CUSTOMER SERVICE TO PAY BY PHONE
FEDERAL TAX ID: 84-1425616

| The Late Fee is determined by applying a monthly periodic rate of | Which is an ANNUAL PERCENTAGE RATE of | To the Balance subject to late fee for the period which is |
|---|---|---|
| 2.00 % | 24.00 % | 949.50 |

SEE REVERSE SIDE FOR MORE INFORMATION AND TERMS.
TO ENSURE PROPER CREDIT, TEAR AT PERFORATION AND INCLUDE BOTTOM PORTION WITH YOUR PAYMENT

| ACCOUNT NAME | NAGY SERVICE CO INC |
|---|---|
| ACCOUNT NUMBER | 0436-00-448336-8 |
| INVOICE NUMBER | 23205357 |
| BILL CLOSING DATE | 06-15-2010 |
| AMOUNT DUE | 1,032.10 |
| AMOUNT ENCLOSED | |
| PAYMENT DUE DATE | 07-09-2010 |

PAYMENTS RECEIVED AFTER THIS DATE SUBJECT TO LATE FEES

## WRIGHT EXPRESS FLEET SERVICES

VIRGINIA NAGY
NAGY SERVICE CO INC
7757 AUBURN RD
SUITE 18
PAINESVILLE, OH 44077-9604
Fax change of address request to 1-800-395-0809.
Make check payable to:
FLEET SERVICES
Use enclosed envelope or send to:

ldl.dl....lll.l.l...l.l...dll.l....lll.l.ll

FLEET SERVICES
PO BOX 6293
CAROL STREAM IL 60197-6293

# NAGY SERVICE COMPANY, INC.

11/19/2010 12:14 PM

Register: 1010 CHECKING 7206
From 10/01/2010 through 10/31/2010
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 10/01/2010 | EFT | OHIO MUTUAL | 6310 INSURANCE | | 235.23 | X | | 4,513.04 |
| 10/04/2010 | EFT | VERIZON WIRELE... | 6790 COMMUNICAT... | | 251.98 | X | | 4,261.06 |
| 10/06/2010 | EFT | BEACHWOOD SHE... | 6012 GAS & OIL | | 61.89 | X | | 4,199.17 |
| 10/07/2010 | CCADJ | | 6040 CREDIT CARD ... | Fee ID=70847... | 28.43 | X | | 4,170.74 |
| 10/07/2010 | EFT | HOME DEPOT | 4100 MATERIAL PU... | | 119.07 | X | | 4,051.67 |
| 10/08/2010 | EFT | 941 DEPOSIT | -split- | | 560.15 | X | | 3,491.52 |
| 10/08/2010 | EFT | PAYCHEX | 6390 PROFESSIONA... | | 61.05 | X | | 3,430.47 |
| 10/08/2010 | EFT | SPEEDWAY | 6012 GAS & OIL | | 60.58 | X | | 3,369.89 |
| 10/08/2010 | EFT | HOME DEPOT | 4100 MATERIAL PU... | | 2.70 | X | | 3,367.19 |
| 10/08/2010 | 25 | | 6714 OFFICE SALAR... | | 2,324.21 | X | | 1,042.98 |
| 10/10/2010 | CCADJ | | 6040 CREDIT CARD ... | Fee ID=70914... | 3.63 | X | | 1,039.35 |
| 10/11/2010 | | | -split- | Deposit | | X | 1,733.50 | 2,772.85 |
| 10/11/2010 | | | -split- | Deposit | | X | 228.40 | 3,001.25 |
| 10/11/2010 | | | -split- | Deposit | | X | 997.76 | 3,999.01 |
| 10/12/2010 | CCADJ | | 6040 CREDIT CARD ... | Fee ID=71020... | 16.36 | X | | 3,982.65 |
| 10/12/2010 | EFT | HOME DEPOT | 4100 MATERIAL PU... | | 78.65 | X | | 3,904.00 |
| 10/13/2010 | EFT | CLARIDON BP | 6012 GAS & OIL | | 61.49 | X | | 3,842.51 |
| 10/15/2010 | | | -split- | Deposit | | X | 6,658.64 | 10,501.15 |
| 10/15/2010 | EFT | TREASURER OF S... | 2140 PAYROLL TAX... | | 139.65 | X | | 10,361.50 |
| 10/18/2010 | EFT | HOME DEPOT | 4100 MATERIAL PU... | | 8.12 | X | | 10,353.38 |
| 10/18/2010 | EFT | HARTSGROVE BP | 6012 GAS & OIL | | 67.42 | X | | 10,285.96 |
| 10/19/2010 | CCADJ | | 6040 CREDIT CARD ... | Fee ID=71315... | 9.42 | X | | 10,276.54 |
| 10/19/2010 | EFT | LOWE'S | 4100 MATERIAL PU... | | 6.81 | X | | 10,269.73 |
| 10/19/2010 | 1029 | COSE MEDICAL M... | -split- | | 2,133.84 | X | | 8,135.89 |
| 10/20/2010 | CCADJ | | 6040 CREDIT CARD ... | Fee ID=71348... | 14.41 | X | | 8,121.48 |
| 10/21/2010 | EFT | WALKER'S HARD... | 4100 MATERIAL PU... | | 26.96 | X | | 8,094.52 |
| 10/21/2010 | EFT | PAYCHEX | 6390 PROFESSIONA... | | 74.19 | X | | 8,020.33 |
| 10/22/2010 | | | -split- | Deposit | | X | 574.90 | 8,595.23 |
| 10/22/2010 | | | -split- | Deposit | | X | 878.75 | 9,473.98 |
| 10/22/2010 | | | UNDEPOSITED FUN... | Deposit | | X | 800.00 | 10,273.98 |
| 10/22/2010 | | | -split- | Deposit | | X | 533.29 | 10,807.27 |
| 10/22/2010 | CCADJ | | 6040 CREDIT CARD ... | Fee ID=71439... | 13.12 | X | | 10,794.15 |
| 10/22/2010 | 26 | | 6714 OFFICE SALAR... | | 2,476.01 | X | | 8,318.14 |
| 10/25/2010 | EFT | THE ILLUMINATI... | 6430 UTILITIES | | 381.81 | X | | 7,936.33 |
| 10/25/2010 | EFT | OHIO BUREAU OF ... | 2140 PAYROLL TAX... | | 87.03 | X | | 7,849.30 |
| 10/26/2010 | CCADJ | | 6040 CREDIT CARD ... | Fee ID=71582... | 6.38 | X | | 7,842.92 |
| 10/26/2010 | EFT | WOODHILL SUPPLY | 4100 MATERIAL PU... | | 137.92 | X | | 7,705.00 |
| 10/26/2010 | 1030 | CLEVELAND PLU... | *2110 ACCOUNTS P... | | 1,500.00 | X | | 6,205.00 |
| 10/27/2010 | | | UNDEPOSITED FUN... | Deposit | | X | 389.00 | 6,594.00 |
| 10/29/2010 | CCADJ | | 6040 CREDIT CARD ... | Fee ID=71718... | 2.13 | X | | 6,591.87 |

Page 1

# NAGY SERVICE COMPANY, INC.

Register: 1010 CHECKING 7206
From 10/01/2010 through 10/31/2010
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 10/31/2010 | CCADJ | | 6040 CREDIT CARD ... | Fee ID=71767... | 3.01 | X | | 6,588.86 |

Page 2