# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 11 |
| | ) | |
| NAGY SERVICE COMPANY, INC. | ) | Case Number 10-14758 |
| | ) | |
| Debtor | ) | Judge Pat E. Morgenstern-Clarren |
| | ) | |
| | ) | **AFFIDAVIT** |

| | |
|---|---|
| STATE OF OHIO | ) |
| | ) ss _Affidavit_ |
| COUNTY OF CUYAHOGA | ) |

**CHRISTOPHER A. NAGY,** having been duly sworn according to law deposes and says:

1. My name is Christopher A. Nagy, and I have personal knowledge of the facts set forth in this Affidavit.

2. I am President of Nagy Service Company, Inc.

3. In my capacity as President of Nagy Service Company, Inc. I am in charge of the day to day operations of the company.

4. Prior to October 1, 2006, the company purchased materials and did not pay any use tax in connection with the purchase because the company used its tax exempt number.

5. Beginning October 1, 2006, the company ceased using its tax exempt number in connection with all of its material purchase and began paying the sales and use tax associated with its material purchases to the vendor at the time of each purchase.

**FURTHER, AFFIANT SAYETH NAUGHT.**



THE OHIO LEGAL BLANK CO., INC.

**EXHIBIT**

_A_

CLEVELAND, OHIO 44102-1799

_(signature)_ PRES

Christopher A. Nagy

Sworn to before me and subscribed in my presence at Cleveland, Ohio this 29th
Day of April 2011.

_(signature)_

Notary Public