**This document was signed electronically on December 26, 2011, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: December 26, 2011**



Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 11 |
| | ) | |
| NAGY SERVICE COMPANY, INC. | ) | |
| | ) | Case Number 10-14758 |
| | ) | |
| Debtor | ) | Judge Pat E. Morgenstern-Clarren |
| | ) | |
| | ) | **ORDER FOR FINAL DECREE** |
| | ) | |

This matter came on for consideration upon the **MOTION** of Nagy Service Company, Inc., for Final Decree, being Document No.75, filed on November 30, 2011. There was no opposition to the Motion.

The Court finds that the Motion is well taken and is granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED,** that the Motion of Nagy Service Company, Inc. for Final Decree be and hereby is granted.

**IT IS FURTHER ORDERED,** that the Chapter 11 case of the above named Debtor is closed.

Submitted by:

  /s/  Kenneth J. Freeman
Kenneth J. Freeman  (0018940)
**KENNETH J. FREEMAN CO., L.P.A.**
515 Leader Building
526 Superior Avenue
Cleveland, Ohio  44114-1903
(216) 771-9980
(216) 771-9978 - facsimile
kjfcolpa@aol.com
Attorney for Debtor

### *Certificate of Service*

I hereby certify that the foregoing **FINAL DECREE** was served electronically, by operation of this Court's electronic filing system, on Kenneth J. Freeman, Attorney for Debtor; on Ronna Jackson, Trial Attorney, Office of the U.S. Trustee; on Jeffrey L. Koberg, Attorney for Active Plumbing; on Theodore A. Konstantinopoulos, Attorney for State of Ohio, Department of Taxation, Ohio Bureau of Workers' Compensation and Ohio Department of Job and Family Services; and on Elizabeth Alphin, Attorney for Chrysler Financial Services Americas, LLC.

#     #     #